AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| BRIAN PETRIE, an individual;<br><br>*Plaintiff(s)*<br>v.<br>PROMETRIC INC., a Delaware corporation;<br>NATIONAL BOARD OF MEDICAL EXAMINERS, a<br>Pennsylvania non-profit corporation; and DOES<br>1-10, inclusive,<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher H. Knauf, Esq. (SBN 185180)
Alexandra M. Robertson, Esq. (SBN 280924)
KNAUF ASSOCIATES
2001 Wilshire Blvd., Suite 205
Santa Monica, CA 90403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
Alexandra Robertson, State Bar No.
  *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual;<br><br>Plaintiff,<br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a Pennsylvania non-profit corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:  8-15-CV-798<br><br>**COMPLAINT FOR DAMAGES AND DECLARATORY RELIEF**<br><br>1. Americans with Disabilities Act<br>2. Unruh Civil Rights Act<br>3. Negligence<br>4. Negligent Supervision<br>5. Intentional Infliction of Emotional Distress |