NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Christopher H. Knauf, Esq. (SBN 185180)
Alexandra M. Robertson, Esq. (SBN 280924)
KNAUF ASSOCIATES
2001 Wilshire Blvd., Suite 205
Santa Monica CA 90403
Tel: (310) 829-4250
Fax: (310) 622-7263
Email: ck@goodlaw.biz / alex@goodlaw.biz

ATTORNEY(S) FOR: Plaintiff BRIAN PETRIE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Petrie, an individual;<br><br>Plaintiff(s),<br>v.<br>Prometric Inc., a Delaware corporation; National Board of Medical Examiners, a Pennsylvania non-profit corporation; and DOES 1-10 inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff BRIAN PETRIE
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| BRIAN PETRIE | PLAINTIFF |
| PROMETRIC INC., a Delaware corporation | DEFENDANT |
| NATIONAL BOARD OF MEDICAL EXAMINERS, a Pennsylvania non-profit corporation | DEFENDANT |

May 22, 2015                                     /s/ Christopher H. Knauf
Date                                                       Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Brian Petrie

CV-30 (05/13)                                         NOTICE OF INTERESTED PARTIES