Robert A. Burgoyne
   (*Pro Hac Vice Application To Be Filed*)
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street, NW
Washington, D.C. 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
robert.burgoyne@nortonrosefulbright.com

AK Bennett (Bar No. 301040)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
bennett.kaspar@nortonrosefulbright.com

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

Christopher H. Knauf (Bar No. 185180)
Alexandra M. Robertson (Bar No. 298637)
**KNAUF ASSOCIATES**
2001 WILSHIRE BLVD, SUITE 205
SANTA MONICA, CALIFORNIA 90403
Telephone: (310) 829-4250
Facsimile: (310) 622-7263
ck@goodlaw.biz
alex@goodlaw.biz

Attorneys for Plaintiff
BRIAN PETRIE

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a Pennsylvania non-profit corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:15-cv-00798-DOC-JC<br><br>**JOINT STIPULATED EXTENSION OF DEADLINE TO FILE RESPONSE** |

Plaintiff Brian Petrie and defendant National Board of Medical Examiners ("NBME") hereby stipulate that the time for NBME to answer or otherwise respond to the Complaint in this action is hereby extended to August 3, 2015. The filing of this stipulation is without prejudice to any defenses available to NBME.

Respectfully Submitted,

Dated: June 23, 2015      **KNAUF ASSOCIATES**

By: /s/ Christopher H. Knauf
Christopher H. Knauf
Alexandra M. Robertson
ATTORNEYS FOR PLAINTIFF
BRIAN PETRIE

Dated: June 23, 2015      **NORTON ROSE FULBRIGHT US LLP**

By: /s/ AK Bennett
AK Bennett
Robert Burgoyne
ATTORNEYS FOR DEFENDANT
NATIONAL BOARD OF MEDICAL
EXAMINERS

82350278.1

- 2 -

JOINT STIPULATED EXTENSION OF DEADLINE TO FILE RESPONSE

# **PROOF OF SERVICE**

I, AK Bennett, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On June 23, 2015, I electronically filed the attached document(s): ***JOINT STIPULATED EXTENSION OF DEADLINE TO FILE RESPONSE*** with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Christopher H. Knauf
Alexandra Robertson
KNAUF ASSOCIATES
2001 Wilshire Blvd.
Suite 205
Santa Monica, California  90403
Tel:   310-829-4250
Fax:   310-622-7263
Attorneys for Plaintiff

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 23, 2015, at Los Angeles, California.

                                      /s/ AK Bennett
                                        AK BENNETT