1   David S. Eisen (State Bar No. 100623)
    **WILSON, ELSER, MOSKOWITZ,**
2   **    EDELMAN & DICKER LLP**
    555 South Flower Street, Suite 2900
3   Los Angeles, California 90071
    Telephone:(213) 443-5100
4   Facsimile: (213) 443-5101
    David.Eisen@wilsonelser.com
5
    Attorneys for Defendant,
6   PROMETRIC INC., a Delaware corporation

7   Christopher H. Knauf (Bar No. 185180)
    Alexandra M. Robertson (Bar No. 298637)
8   **KNAUF ASSOCIATES**
    2001 Wilshire Blvd., Suite 205
9   Santa Monica, California  90403
    Telephone: (310) 829-4250
10  Facsimile:  (310) 62207263
    ck@goodlaw.biz
11  alex@goodlaw.biz

12  Attorneys for Plaintiff
    BRIAN PETRIE
13

14              **IN THE UNITED STATES DISTRICT COURT**

15          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16  BRIAN PETRIE, an individual,        ) Case No. 8:15-cv-00798-DOC-JC
                                        )
17                          Plaintiff,  )
                                        )  **JOINT STIPULATED EXTENSION**
18  v.                                  )  **OF DEADLINE TO FILE**
                                        )  **RESPONSE**
19  PROMETRIC INC., a Delaware          )
    corporation; NATIONAL BOARD OF      )
20  MEDICAL EXAMINERS, a                )
    Pennsylvania non-profit corporation; and )
21  DOES 1-10, inclusive,               )
                                        )
22                          Defendants. )
                                        )
23  _____ )

24

25      Plaintiff Brian Petrie and defendant Prometric Inc. hereby stipulate that the

26  time for Prometric Inc. to answer or otherwise respond to the Complaint in this action

27  /////

28  /////

                                        1
    _____
          JOINT STIPULATION EXTENSION OF DEADLINE TO FILE RESPONSE
    2279547v.1

1 | is hereby extended to August 7, 2015.  The filing of this stipulation is without

2 | prejudice to any defenses available to Prometric Inc.

3

4 | Dated:  July 7, 2015                         KNAUF ASSOCIATES

5

6 |                                              By: /s/ Christopher H. Knauff
                                                  Christopher H. Knauf
7 |                                               Alexandra M. Robertson
                                                  Attorneys for Plaintiff
8 |                                               BRIAN PETRIE

9

10 | Dated:  July 7, 2015                        WILSON, ELSER, MOSKOWITZ,
                                                 EDELMAN & DICKER LLP
11

12

13 |                                             By: /s/ David S. Eisen
                                                  David S. Eisen
14 |                                              Attorneys for Defendant
                                                  PROMETRIC INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENSION OF DEADLINE TO FILE RESPONSE
2279547v.1

## **PROOF OF SERVICE**

I, Lori McCartan, declare

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entiled action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, CA 90071

On July 7, 2015, I electronically filed the attached document(s): **JOINT STIPULATED EXTENSION OF DEADLINE TO FILE RESPONSE** with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Christopher H. Knauf<br>Alexandra Robertson<br>Knauf Associates<br>2001 Wilshire Blvd., Ste. 205<br>Santa Monica, CA 9040<br>T: (310) 829-4250<br>F: (310) 622-7263<br>Attorneys for Plaintiff | AK Bennett<br>Norton rose Fulbrights US LLP<br>555 S. Flower St., 41st Fl.<br>Los Angeles, CA 90071<br>T: (213) 892-9200<br>F: (213) 892-9494<br>Attorneys for Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 7, 2015, at Los Angeles, California.

_____/s/ Lori McCartan_____

JOINT STIPULATION EXTENSION OF DEADLINE TO FILE RESPONSE

2279547v.1