Name and address:
Eric A. Herzog
Norton Rose Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Brian Petrie  Plaintiff(s)  v.  Prometric Inc., National Board of Medical Examiners  Defendant(s). | CASE NUMBER 8:15-cv-00798-DOC-JC  APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III;* **note that electronic signatures are not accepted.** *Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Burgoyne, Robert A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Norton Rose Fulbright US LLP
*Firm Name*

799 9th Street, NW
Suite 1000
*Street Address*

Washington, DC 20001-4501
*City, State, Zip Code*

202 662 4513
*Telephone Number*

202 662 4643
*Fax Number*

robert.burgoyne@nortonrosefulbright.com
*E-Mail Address*

**I have been retained to represent the following parties:**

| National Board of Medical Examiners | ☐ Plaintiff | ☒ Defendant | ☐ Other: _____ |
|---|---|---|---|
| _____ | ☐ Plaintiff | ☐ Defendant | ☐ Other: _____ |

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Please see attached list | | |
| | | |
| | | |
| | | |

G-64 (06/13)     **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***     Page 1 of 3

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.

SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  7/14/15          Robert A. Burgoyne
                        Applicant's Name (please type or print)

                        [signature]
                        Applicant's Signature

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Herzog, Eric A.
*Designee's Name (Last Name, First Name & Middle Initial)*

Norton Rose Fulbright US LLP
*Firm Name*

555 South Flower Street

Forty-First Floor
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213 892 9276
*Telephone Number*

213 892 9494
*Fax Number*

eric.herzog@nortonrosefulbright.com
*E-Mail Address*

229066
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated  7/15/15

Eric A. Herzog
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

**Court Admissions: Robert A. Burgoyne**

| | | |
|---|---|---|
| US Supreme Court | 1988 | Active/Good Standing |
| US Court of Appeals for the District of Columbia | 1983 | Active/Good Standing |
| US Court of Appeals for the Second Circuit | 1990 | Active/Good Standing |
| US Court of Appeals for the Third Circuit | 1995 | Active/Good Standing |
| US Court of Appeals for the Fourth Circuit | 1987 | Active/Good Standing |
| US Court of Appeals for the Fifth Circuit | 1983 | Active/Good Standing |
| US Court of Appeals for the Seventh Circuit | 1993 | Active/Good Standing |
| US Court of Appeals for the Ninth Circuit | 2009 | Active/Good Standing |
| US Court of Appeals for the Tenth Circuit | 1989 | Active/Good Standing |
| US Court of Appeals for the Eleventh Circuit | 1989 | Active/Good Standing |
| Court of Appeals, District of Columbia | 1982 | Active/Good Standing |
| US District Court for the Eastern District Of Pennsylvania | 2006 | Active/Good Standing |
| District of Columbia Bar (No. 366757) | 1982 | Active/Good Standing |
| Pennsylvania Bar (No. 77964) | 1996 | Inactive/Good Standing |



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ROBERT A. BURGOYNE

was on **DECEMBER 13, 1982** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **JULY 14, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On July 15, 2015, I electronically filed the attached document(s):

1. **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*;**

2. **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Christopher H. Knauf, Esq.
ck@goodlaw.biz
Alexandra Robertson, Esq.
ale@goodlaw.biz
KNAUF ASSOCIATES
2001 Wilshire Boulevard, Suite 205
Santa Monica, CA 90403
Telephone: (310) 829-4250
Facsimile: (310) 622-7263

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 15, 2015, at Los Angeles, California.

_____
Mylene Ruiz

DOCUMENT PREPARED ON RECYCLED PAPER