Eric A. Herzog
Norton Rose Fulbright US LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA  90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Brian Petrie

Plaintiff(s)

v.

Prometric Inc.
National Board of Medical Examiners

Defendant(s).

CASE NUMBER

8:15-cv-00798-DOC-JC

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Burgoyne, Robert A.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

202 662 4513                    202 662 4643
*Telephone Number              Fax Number*
robert.burgoyne@nortonrosefulbright.com
*E-Mail Address*

Norton Rose Fulbright US LLP
799 9th Street, NW
Suite 1000
Washington, DC  2001-4501

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Board of Medical Examiners

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Eric A. Herzog                               of
*Designee's Name (Last Name, First Name & Middle Initial)*

229066                       213 892 9276
*Designee's Cal. Bar Number    Telephone Number*

                            213 892 9494
                            *Fax Number*

Norton Rose Fulbright US LLP
555 Flower Street, 41st Floor
Los Angeles, CA  90071

*Firm Name & Address*

eric.herzog@nortonrosefulbright.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED.  For failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**