Eric A. Herzog
Norton Rose Fulbright US LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA  90071

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Petrie <br> Plaintiff(s) | CASE NUMBER <br> 8:15-cv-00798-DOC-JC |
| v. <br> Prometric Inc. <br> National Board of Medical Examiners <br> Defendant(s). | XXXXXXXXX **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HACE VICE*  [13] |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case** *Pro Hac Vice* **filed by**

Burgoyne, Robert A.
*Applicant=s Name (Last Name, First Name & Middle Initial)*

202 662 4513          202 662 4643
*Telephone Number*     *Fax Number*

robert.burgoyne@nortonrosefulbright.com
*E-Mail Address*

Norton Rose Fulbright US LLP
799 9th Street, NW
Suite 1000
Washington, DC  2001-4501

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

National Board of Medical Examiners

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff*   ☒ *Defendant*   ☐ *Other:*

**and designating as Local Counsel**

Eric A. Herzog
*Designee's Name (Last Name, First Name & Middle Initial)*

229066              213 892 9276
*Designee's Cal. Bar Number*   *Telephone Number*

                    213 892 9494
                    *Fax Number*

of  Norton Rose Fulbright US LLP
    555 Flower Street, 41st Floor
    Los Angeles, CA  90071

*Firm Name & Address*

eric.herzog@nortonrosefulbright.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED**.

☐ **DENIED.  Fee shall be returned by the Clerk.**

☐ **DENIED.  For failure to pay the required fee.**

Dated  July 16, 2015

*/s/ David O. Carter*

**U.S. District Judge**/XXXMagistrateXJudgeX

GB64 ORDER (06/13)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1