Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
Bennett Kaspar (Bar No. 301040)
bennett.kaspar@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Robert A. Burgoyne (Admitted *Pro Hac Vice*)
robert.burgoyne@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street, NW
Washington, D.C. 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a Pennsylvania non-profit corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:15-cv-00798-DOC-JC<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Tina Sims, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On August 3, 2015, I electronically filed the attached document(s):

**1.     ANSWER TO COMPLAINT**

**2.     CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Christopher H. Knauf<br>Email: ck@goodlaw.biz<br>Alexandra M. Robertson<br>Email: alex@goodlaw.biz<br>Knauf Associates<br>2001 Wilshire Boulevard, Suite 205<br>Santa Monica, CA 90403<br>Tel:   (310) 829-4250<br>Fax:  (310) 622-7263<br><br>Attorneys for Plaintiff Brian Petrie | David S. Eisen<br>Email: david.eisen@wilsonelser.com<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071-2407<br>Tel:   (213) 330-8740<br>Fax:  (213) 443-5101<br><br>Attorneys for Defendant Prometric Inc. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 3, 2015, at Los Angeles, California.

/s/ Tina Sims
Tina Sims