1  David S. Eisen (State Bar No. 100623)
      David.Eisen@wilsonelser.com
2  Josephine C. Lee-Nozaki (State Bar No. 247384)
      Josephine.Lee-Nozaki@wilsonelser.com
3  **WILSON, ELSER, MOSKOWITZ,**
      **EDELMAN & DICKER LLP**
4  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
5  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
6
   Attorneys for Defendant,
7  PROMETRIC INC., a Delaware corporation

8

9            **IN THE UNITED STATES DISTRICT COURT**

10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

11  BRIAN PETRIE, an individual,          )  Case No. 8:15-cv-00798-DOC-JC
                                          )
12                          Plaintiff,    )
                                          )  **DEFENDANT PROMETRIC INC.'S**
13  v.                                    )  **INITIAL DISCLOSURES UNDER**
                                          )  **RULE 26(a)(1)(A)**
14  PROMETRIC INC., a Delaware            )
    corporation; NATIONAL BOARD OF        )
15  MEDICAL EXAMINERS, a                   )
    Pennsylvania non-profit corporation; and )
16  DOES 1-10, inclusive,                 )
                                          )
17                          Defendants.   )
                                          )
18                                        )
                                          )
19  _____       )

20

21        Defendant Prometric Inc. ("Prometric"), provides the following initial

22  disclosures under Federal Rule of Civil Procedure 26(a)(1)(A). Prometric's

23  investigation of the claims in this action is ongoing, and the disclosures below are

24  based on information reasonably available to Defendant as of the date that these

25  disclosures are made, following a good faith inquiry. Prometric reserves the right to

26  supplement its disclosures and/or to produce additional information during the course

27  of discovery or prior to trial, and to rely on such information as evidence in this

28  action. Prometric's disclosures are made without waiver of, or prejudice to, any

objection Prometric may have to the use at trial of this document or any information produced under this Rule.

Moreover, these disclosures do not include the names of any potential experts retained or consulted by Prometric, if any, and do not include the identities of witnesses or a description of documents to be used solely for impeachment. Prometric will provide expert witness disclosures as and when appropriate under Federal Rule of Civil Procedure 26(a)(2), or as otherwise ordered by the Court.

These disclosures should not be construed as a waiver of any privilege, objection to discovery, or attorney work product protection.

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Upon information and belief, the individuals listed below may have been involved in, or may have information regarding the facts underlying the allegations in the complaint filed in this case. Prometric's investigation is ongoing.

1.      **Barbara Schwing, Client Services Manager (Prometric)**

Contact through:

David S. Eisen, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with defendant National Board of Medical Examiners ("NBME") and Mr. Petrie.

DEFENDANT PROMETRIC INC.'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)(A)

2331098v.1

2.      **John Carnwath, Territory Operations Manager (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

3.      **Frank Boyle, District Manager (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

4.      **Sami Badra, Supervisor of Testing Accommodations (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

2331098v.1

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

5.     **Shelli Andrews, Test Center Manager (Prometric)**

Contact through:

> David S. Eisen, Esq.
> Wilson Elser Moskowitz Edelman & Dicker LLP
> Contact information shown above

Subjects: The handling of Mr. Petrie's accommodation requests and/or related activities and interactions with Mr. Petrie at and/or about the time of testing.

6.     **Casey Andrews, Test Center Administrator (Prometric)**

Contact through:

> David S. Eisen, Esq.
> Wilson Elser Moskowitz Edelman & Dicker LLP
> Contact information shown above

Subjects: The handling of Mr. Petrie's accommodation requests and/or related activities and interactions with Mr. Petrie at and/or about the time of testing.

7.     **Quiana Dixon, Testing Accommodations Advocate (Prometric)**

Contact through:

> David S. Eisen, Esq.
> Wilson Elser Moskowitz Edelman & Dicker LLP
> Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

8. **Delena Dodd, Testing Accommodations Advocate Supervisor (Prometric)**

Address currently known.

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

9. **Simona Fallavollita, Client Services Manager (Prometric)**

Address currently known.

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

10. **Kerry Simm, Client Services Manager (Prometric)**

Address currently known.

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

11. **Simona Fallavollita, Client Services Manager (Prometric)**

Address currently known.

DEFENDANT PROMETRIC INC.'S INITIAL DISCLOSURES UNDER RULE 26(a)(I)(A)

2331098v.1

1    Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation

2    requests and/or related interactions with NBME and Mr. Petrie.

3

4    12.    **Brian A. Petrie**

5

6    Subjects: Plaintiff's claimed impairment(s) and resulting functional limitations;

7    his requests for accommodations on the USMLE Step exams; his testing experience

8    and performance on the USMLE Step exams; his interactions with NBME, NBME's

9    employees, Prometric, and Prometric's employees; his academic history and school

10   performance, including but not limited to his performance in high school, college,

11   and medical school; his applications to medical school and for residency programs,

12   and actions taken by schools and residency programs in response to those

13   applications; his history of registering to take the USMLE exams and any

14   postponements of his eligibility period for take the exam(s), and the reason relating to

15   any such postponements; his performance in  his current residency program; his

16   claimed damages; his efforts to mitigate any claimed damages; his medical history,

17   including his mental health history relative to any claimed damages for emotional

18   distress; and other subjects relating either to the claims in his complaint or any

19   defense raised by Prometric or any other defendant in this lawsuit.

20

21   13.    **William G. Britt III, Ph.D., ABPN**

22

23   Last known address:

24

25   Loma Linda University Health Care

26   11374 Mountain View Avenue, Loma Linda, California 92354

27   (909) 558-4505

28

6

2331098v.1

Subjects: His evaluations of Mr. Petrie; reports that he has prepared regarding Mr. Petrie; Mr. Petrie's impairment(s) and resulting functional limitations; and other subjects relating either to the claims in Mr. Petrie's complaint or any defenses raised by Prometric or any other defendant in this lawsuit.

**14.    Professors from Mr. Petrie's college and/or medical school(s)**

Names and addresses currently unknown.

Subjects: Mr. Petrie's academic performance; any accommodations provided to or requested by Mr. Petrie; and other subjects relating either to the claims in Mr. Petrie's complaint or any defenses raised by Prometric or any other defendant in this lawsuit.

**15.    Other medical professional consulted by Mr. Petrie**

Names and addresses currently unknown.

Subjects: Treatment and/or evaluations of Mr. Petrie, relating to any of his claims in this lawsuit; related medical records in their custody or control.

**16.    Michelle Goldberg, Assistant Manager (Disability Services) of NBME**

Contact through:

Robert Burgoyne, Esq.
Norton Rose Fulbright US LLP
Contact information shown above

2331098v.1

Subjects: Defendant NBME's handling of Mr. Petrie's accommodation requests and/or related interactions with Mr. Petrie.

17. **Lisa Brooks, Disability Services Specialist of NBME**

Contact through:

> Robert Burgoyne, Esq.
> Norton Rose Fulbright US LLP
> Contact information shown above

Subjects: Defendant NBME's handling of Mr. Petrie's accommodation requests and/or related interactions with Mr. Petrie.

18. **Marian D. Proctor, Test Administration Specialist of NBME**

Contact through:

> Robert Burgoyne, Esq.
> Norton Rose Fulbright US LLP
> Contact information shown above

Subjects: Defendant NBME's handling of Mr. Petrie's accommodation requests and/or related interactions with Mr. Petrie.

19. **Catherine Farmer, Psy.D., Director, Disability Services of NBME**

Contact through:

> Robert Burgoyne, Esq.
> Norton Rose Fulbright US LLP

2331098v.1

Contact information shown above

Subjects: Defendant NBME's handling of Mr. Petrie's accommodation requests and/or related interactions with Mr. Petrie.

20.    **Individuals identified in Mr. Petrie's Rule 26 initial disclosures**

21.    **Individuals identified in NBME's Rule 26 initial disclosure**

**(ii) A copy – or a description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

Categories of such documents include:

Documents relating to Mr. Petrie's requests for accommodations on the USMLE Step exams and his related interactions with NBME and Prometric;

Documents relating to Prometric's interactions with NBME regarding Mr. Petrie;

Documents known as "Center Problem Reports" regarding documentation of the administration of USMLE Step exams, with accommodations, for Mr. Petrie.

Documents identified in the above categories may be obtained through Prometric's counsel, David S. Eisen, Wilson Elser Moskowitz Edelman & Dicker, LLP, 555 S. Flower Street, Suite 2900, Los Angeles, CA 90071.

Prometric reserves the right to amend and/or supplement this information should additional, relevant, non-privileged documents be located and/or identified.

2331098v.1

(iii) A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

Prometric is not seeking damages in this matter.

(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

Prometric has insurance applicable to this matter. A copy of this policy can be obtained through Prometric's counsel, David S. Eisen, Wilson Elser Moskowitz Edelman & Dicker, LLP, 555 S. Flower Street, Suite 2900, Los Angeles, CA 90071.

Dated: September 28, 2015

Respectfully submitted,
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP


By: /s/ David S. Eisen
David S. Eisen
Josephine C. Lee-Nozaki
Attorneys for Defendant
PROMETRIC INC.

10

2331098v.1

1

## PROOF OF SERVICE

2

I, Lori McCartan, declare

3

I am a citizen of the United States and employed in Los Angeles County,
California.  I am over the age of eighteen years and not a party to the within-entiled
4   action.  My business address is 555 South Flower Street, Suite 2900, Los Angeles,
CA  90071

5

On September 28, 2015, I electronically filed the attached document(s):
6  **DEFENDANT PROMETRIC INC.'S INITIAL DISCLOSURES UNDER RULE
26(a)(1)(A)** with the Clerk of the court using the CM/ECF system which will then send a
7   notification of such filing to the following:

8

| | |
|---|---|
| Christopher H. Knauf | AK Bennett |
| Alexandra Robertson | Norton rose Fulbrights US LLP |
| Knauf Associates | 555 S. Flower St., 41st Fl. |
| 2001 Wilshire Blvd., Ste. 205 | Los Angeles, CA  90071 |
| Santa Monica, CA  9040 | T:  (213) 892-9200 |
| T:  (310) 829-4250 | F:  (213) 892-9494 |
| F:  (310) 622-7263 | Attorneys for Defendant |
| Attorneys for Plaintiff | NATIONAL BOARD OF MEDICAL EXAMINERS |

9

10

11

12

13

I declare that I am employed in the office of a member of the bar of this court at whose
direction the service was made.

14

15

Executed on September 28, 2015, at Los Angeles, California.

16

_____   /s/ Lori McCartan   _____

17

18

19

20

21

22

23

24

25

26

27

28

11

2331098v.1