Christopher H. Knauf, State Bar No. 185180
KNAUF ASSOCIATES, 2001 Wilshire Blvd., Ste. 205
Santa Monica, CA 90403
Tel: (310) 829-4250
Email: ck@goodlaw.biz

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual;<br><br>　　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>PROMETRIC, INC., a Delaware corporation;<br>NATIONAL BOARD OF MEDICAL EXAMINERS, a<br>D.C. non-profit corporation; DOES 1-10 inclusive,<br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER:<br><br>8:15-cv-00798-DOC-JC<br><br><br>STIPULATION REGARDING<br>SELECTION OF PANEL MEDIATOR |

**CHECK ONLY ONE BOX:**

☑ The parties stipulate that _____Hon. Victor Bianchini_____ may serve as the Panel Mediator in the above-captioned case. Plaintiff has obtained the Panel Mediator's consent to conduct the mediation.

☐ The parties request that the ADR Program staff assign to the above-captioned case a Panel Mediator with expertise in the following area of law: _____

Dated: 10/22/15

_____
Attorney For Plaintiff  Brian Petrie

Dated: _____

_____
Attorney For Plaintiff

Dated: October 22, 2015

Josephine C. Lee-Nozaki _____
Attorney For Defendant  Prometric, Inc.

Dated: October 22, 2015

Eric A. Herzog _____
Attorney For Defendant  NBME

Attorney for Plaintiff to electronically file original document.