1  Christopher H. Knauf, State Bar No. 185180
     *ck@goodlaw.biz*
2  Alexandra M. Robertson, State Bar No. 298637
3    *alex@goodlaw.biz*
   KNAUF ASSOCIATES
4  2001 Wilshire Blvd, Suite 205
5  Santa Monica, California 90403
6  Tel: (310) 829-4250 Fax: (310) 622-7263

7  Attorneys for Plaintiff

8

9              UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12 | BRIAN PETRIE, an individual;

13 |              Plaintiff,

14 | v.

15

16 | PROMETRIC INC., a Delaware
   | corporation; NATIONAL BOARD OF
17 | MEDICAL EXAMINERS, a District of
18 | Columbia non-profit corporation; and
19 | DOES 1-1, inclusive,

20 |              Defendants.

21

Case No.:  8:15-cv-00798-DOC-JC

**PLAINTIFF'S NOTICE OF MOTION
AND MOTION FOR LEAVE TO FILE
AMENDED COMPLAINT
[F.R.C.P. 15(a)(2) & 18]**

DATE:        January 4, 2016
TIME:        8:30 a.m.
PLACE:       Room 9D, Santa Ana

Pre-Trial:   September 13, 2016
Trial:       September 27, 2016

22

23

24

25

26

27

28

-1-
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT

1   TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2          PLEASE TAKE NOTICE THAT on January 4, 2016 at 8:30 a.m. in Room

3   9D of the Court referenced above, located at 411 W. Fourth Street, Santa Ana,

4   California, unless otherwise ordered by the Court, Plaintiff will seek an order

5   pursuant to Rules 15(a)(2) and 18 of the Federal Rules of Civil Procedure granting

6   leave to file his Amended Complaint to include allegations and a prayer for

7   injunctive relief against Defendant Prometric.  Plaintiff brings this motion,

8   following a good faith meeting of counsel as required by Local Rule 7-3.  Plaintiff

9   bases this motion on this notice, the accompanying points and authorities and such

10  further evidence or briefing as may be requested by the Court.  Plaintiff's proposed

11  Amended Complaint is lodged concurrently with this motion.

12  Dated: December 7, 2015                                    KNAUF ASSOCIATES

13                                                     By:  /s/ *Christopher H. Knauf*

14                                                     Attorneys for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT

**POINTS AND AUTHORITIES**

Plaintiff hereby seeks the Court's leave to file an amended complaint for the sole purpose of adding a prayer for injunctive relief, and allegations supporting same, against Defendant Prometric Inc. only.  *See* Declaration of Christopher Knauf ¶ 5.

**ARGUMENT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court has great leeway to grant leave to amend any pleading upon request of a party.  The rule itself declares that "leave shall be freely given when justice so requires."  F.R.C.P. 15(a)(2). Federal Rule of Civil Procedure 18 liberally provides for the proper joinder of claims, such that a plaintiff "may join, as independent or alternative claims, as many claims as it has against an opposing party."  Parties may join claims to relief, regardless of whether they are legal and equitable. *Kunkel v. Topmaster Int'l, Inc.*, 906 F.2d 693, 696 (Fed. Cir. 1990)

Federal policy strongly favors determination of cases on their merits and thus, the policy favoring amendment is applied with extreme liberality. *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1075, 1079 (9th Cir. 1990). Leave to amend is freely given unless an opposing party makes a showing of undue prejudice, bad faith or dilatory motive on the part of the moving party, or futility or undue delay.  *Foman v. Davis*, 371 U.S. 178, 182; 83 S.Ct. 227, 230 (1962); *Martinez v. Newport Beach City*, 125 F.3d 777, 785 (9th Cir. 1997).  Where there is lack of prejudice to the opposing party and the amended complaint is obviously not frivolous, or made as a dilatory maneuver in bad faith, it is an abuse of discretion to deny such a motion. *Hurn v. Retirement Fund Trust of Plumbing, Heating & Piping Industry of So. Calif.*, 648 F.2d 1252, 1254 (9th Cir. 1981) (quoting *Howey v. United States*, 481 F.2d 1187, 1190-91 (9th Cir. 1973)).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

In this instance, the parties are about to begin formal discovery after postponing in order to conduct early mediation in an effort to reach an amicable resolution without protracted litigation. Declaration of Christopher Knauf ¶ 3. Unfortunately, this effort at early mediation failed to result in settlement. *Id.* Through initial informal discovery, Plaintiff's counsel learned of Plaintiff's concern that he would use Defendant Prometric's test center facilities when taking his family medicine board exams in approximately two years. *Id.* at ¶ 4. As such, Plaintiff seeks to amend  for the sole purpose of adding a prayer for injunctive relief against Defendant Prometric to address this ongoing issue. *Id.* at ¶ 5.

Because discovery has only just started in this matter, no depositions have been taken yet and will not start until mid January. *Id.* at ¶ 3.  Furthermore, the trial date in this matter is nearly one year away, Defendants will not be prejudiced in any way if Plaintiff amends his complaint. *Id.* at ¶ 7.  Plaintiff's amendments do not include any new legal theories or claims, but rather only seek an additional remedy to address ongoing concerns about Defendant Prometric's future administration of board exams, for which Plaintiff is required to sit in order to practice family medicine, and which Plaintiff expects to take at a Prometric facility.  *Id.* at ¶ 5.

This motion is timely pursuant to the Court's Scheduling Order, and Plaintiff has not delayed in seeking leave to amend. *Id.* at ¶ 7.

For the foregoing reasons and given the express language of Rule 15(a)(2) and Rule 18 of the Federal Rules of Civil Procedure, Plaintiff respectfully requests the Court grant leave to file his Amended Complaint.

Dated: December 7, 2015                                      KNAUF ASSOCIATES

By:  /s/ *Christopher H. Knauf*

Attorneys for Plaintiff

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR
LEAVE TO FILE AMENDED COMPLAINT