Christopher H. Knauf, State Bar No. 185180
   *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No.  298637
   *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263


Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>                   Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-1, inclusive,<br><br>                   Defendants. | Case No.:  8:15-cv-00798-DOC-JC<br><br>**DECLARATION OF CHRISTOPHER KNAUF IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**<br>**[F.R.C.P. 15(a)(2) & 18]**<br><br>DATE:          January 4, 2016<br>TIME:          8:30 a.m.<br>PLACE:        Room 9D, Santa Ana<br><br>Pre-Trial:     September 13, 2016<br>Trial:           September 27, 2016 |

## **DECLARATION OF CHRISTOPHER H. KNAUF**

1. I, Christopher H. Knauf, declare that I am an attorney duly licensed to practice law in the State of California and before this Court.  I have personal knowledge of the facts herein, and if called as a witness would competently

testify to those facts.

2. I am the lead attorney for Plaintiff Brian Petrie in the matter of *Petrie v. Prometric Inc., et al.,* designated as United States District Court case number 8:15-cv-00798-DOC-JC.

3. The parties have only just begun discovery after conducting early mediation in an effort to reach an amicable resolution without protracted litigation. Unfortunately, this effort at early mediation failed to result in settlement. The parties are now beginning discovery, but have not yet conducted any depositions and have not scheduled any depositions until mid January.

4. Since filing of the initial Complaint, my office learned of Plaintiff's concern about using Prometric test centers for the future administration of his family medicine board exams. I am informed and believe that Plaintiff intends to take his family medicine board exams within the next two years, and will do so at a testing site administered by Defendant Prometric Inc.  As this action concerns Prometric's past failures to implement my client's approved disability accommodations during testing, my client has a basis for concern regarding future test administration.

5. In an effort to address my client's concerns about properly and fully receiving test accommodations during future exams, we seek to amend the initial complaint to include allegations and prayer for injunctive relief. Clean and redline versions of the proposed amended complaint are attached hereto as Exhibits A and B, respectively.

6. The trial date in this matter is nearly one year away – September 27, 2016, such that I am informed and believe that Defendant Prometric will not be prejudiced by the addition of a prayer for injunctive relief, nor prejudiced in its ability to defend against the proposed pleading.  This motion is timely

pursuant to the Court's scheduling order, and Plaintiffs' delay, if any should be claimed, has not been for any nefarious purpose or for any improper advantage.  The motion is being filed within the Court's deadline for filing motions to amend pleadings.

7.  My office provided the requisite notice to Prometric's counsel regarding Plaintiff's intention to amend his complaint for the sole purpose of adding injunctive relief, pursuant to Local Rule 7-3.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.  Executed on December 7, 2015, in Santa Monica, California.

Christopher H. Knauf

DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT