Christopher H. Knauf, State Bar No. 185180
    *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No. 298637
    *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>            Plaintiff,<br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-1, inclusive,<br><br>            Defendants. | Case No.:  8:15-cv-00798-DOC-JC<br><br>**[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [F.R.C.P. 15(a)(2) & 18]**<br><br>DATE:        January 4, 2016<br>TIME:        8:30  a.m.<br>PLACE:     Room 9D, Santa Ana<br><br>Pre-Trial:   September 13, 2016<br>Trial:         September 27, 2016 |

   Having considered Plaintiff's motion brought pursuant to Rules 15(a)(2) and 18 of the Federal Rules of Civil Procedure requesting this Court's leave to file his Amended Complaint to add allegations supporting a prayer for injunctive relief and Defendant's opposition thereto (if any), and having found good cause therefor, and no prejudice to Defendant, the Court hereby GRANTS Plaintiff's motion.

1   Plaintiff's Amended Complaint lodged with the Court with the motion shall
2   be entered into the Court's docket and/or electronically filed within three court
3   days of this Order.  Defendants shall have 21 days to respond to the amended
4   complaint.
5       IT IS SO ORDERED.
6   Dated: _____

                                                        _____
8                                                       Hon. David O. Carter
                                                        Judge, U.S. District Court