Christopher H. Knauf, State Bar No. 185180
   *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No. 298637
   *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 205
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-1, inclusive,<br><br>        Defendants. | Case No.:  8:15-cv-00798-DOC-JC<br><br>**NOTICE OF LODGING PROPOSED AMENDED COMPLAINT**<br>**[F.R.C.P. 15(a)(2) & 18]**<br><br>DATE:    January 4, 2016<br>TIME:    8:30 a.m.<br>PLACE:  Room 9D, Santa Ana<br><br>Pre-Trial:  September 13, 2016<br>Trial:      September 27, 2016 |

-1-
DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION
FOR LEAVE TO FILE AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLEASE TAKE NOTICE THAT Plaintiff Brian Petrie hereby lodges with the Court his proposed Amended Complaint in the above-captioned matter, filed concurrently with his Notice of Motion and Motion for Leave to File Amended Complaint.

                                   KNAUF ASSOCIATES

Date: December 7, 2015      /s/ Christopher H. Knauf
                                          Christopher H. Knauf