Name and address:
Eric A. Herzog (Bar No. 229066)
NORTON ROSE FULBRIGHT US LLP
555 S. Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRIAN PETRIE, | CASE NUMBER: |
|---|---|
| v. PLAINTIFF(S) | 8:15-cv-00798-DOC-JC |
| PROMETRIC INC., et al. | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |
| DEFENDANT(S) | |

## INSTRUCTIONS

*Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

*Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

**Note:** *In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance of Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

## SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Bennett Kaspar                                    CA Bar Number: 301040

Firm or agency: Norton Rose Fulbright US LLP

Address: 555 S. Flower Street, 41st Floor, Los Angeles, CA 90071

Telephone Number: (213) 892-9200              Fax Number: (213) 892-9494

Email: bkaspar@winston.com

Counsel of record for the following party or parties: Defendant National Board of Medical Examiners

## SECTION II - TO ADD AN ATTORNEY TO THE DOCKET

*Please select one of the following options:*

☐ The attorney listed above has already appeared as counsel of record in this case and should have been added to the docket. The date of the attorney's first appearance in this case: _____.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. Other members of this attorney's firm or agency have previously appeared in the case.

☐ The filing of this form constitutes the first appearance in this case of the attorney listed above. No other members of this attorney's firm or agency have previously appeared in the case.

## SECTION III - TO REMOVE AN ATTORNEY FROM THE DOCKET

*Please select one of the following options:*

☐ The attorney named above has already been relieved by the Court as counsel of record in this case and should have been removed from the docket. Date of the order relieving this attorney: _____.

☒ Please remove the attorney named above from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this Court, will continue to serve as counsel of record for the party or parties indicated.
*(Note: if you are removing yourself from the docket of this case as a result of separating from a firm or agency, you should consult Local Rules 5-4.8.1 and 83-2.4 and Form G-06 ("Notice of Change of Attorney Business or Contact Information"), concerning your obligations to notify the Clerk and parties of changes in your business or contact information.)*

☐ The represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. Date party was dismissed: _____.

☐ The attorney named above was appointed on appeal and the appeal has been adjudicated. Date the mandate was filed: _____.

## SECTION IV - SIGNATURE

I request that the Clerk update the docket as indicated above.

Date: 12/08/2015

Signature: /s/ ERIC A. HERZOG

Name: ERIC A. HERZOG

**PROOF OF SERVICE**

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On December 8, 2015, I electronically filed the attached document(s):

**NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

| | |
|---|---|
| Christopher H. Knauf<br>Email: ck@goodlaw.biz<br>Alexandra M. Robertson<br>Email: alex@goodlaw.biz<br>Knauf Associates<br>2001 Wilshire Boulevard, Suite 205<br>Santa Monica, CA 90403<br>Tel: (310) 829-4250<br>Fax: (310) 622-7263<br><br>Attorneys for Plaintiff Brian Petrie | David S. Eisen<br>Email: david.eisen@wilsonelser.com<br>Wilson Elser Moskowitz Edelman and Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071-2407<br>Tel: (213) 330-8740<br>Fax: (213) 443-5101<br><br>Attorneys for Defendant Prometric Inc. |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 8, 2015, at Los Angeles, California.


                                           /s/ Mylene Ruiz
                                            Mylene Ruiz

Document Prepared on Recycled Paper