NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David S. Eisen (Bar No. 100623)
david.eisen@wilsonelser.com
WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Telephone: (213) 443-5100
Facsimile:  (213) 443-5101

ATTORNEY(S) FOR: Defendant Prometric Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Petrie, an individual,<br><br>Plaintiff(s),<br>v.<br>Prometric, Inc., a Delaware corporation; National Board of Medical Examiners, a Pennsylvania non-profit corporation; and DOES 1-10, inclusive,<br>Defendant(s) | CASE NUMBER:<br>8:15-cv-00798-DOC-JC<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Defendant Prometric Inc.___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brian Petrie | Plaintiff |
| Prometric Inc. | Defendant |
| National Board of Medical Examiners | Defendant |

January 22, 2016                                    /s/ David S. Eisen
Date                                                       Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Prometric Inc.