Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No. 298637
  *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Shawna L. Parks, State Bar No. 208301
*sparks@parks-law-office.com*
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd.
Suite 107, #347
Los Angeles, California 90027
Tel: (323) 389-9239; Fax: (323) 389-9239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 8:15-cv-00798-DOC-JC<br><br>[PROPOSED] ORDER RE PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE DOE DEFENDANT FOR RTLR ENTERPRISES INC. [F.R.C.P. 26(a)(2) & 21]<br><br>DATE:  May 16, 2016<br>TIME:   8:30 a.m.<br>PLACE: Room 9D, Santa Ana<br><br>Pre-Trial: September 13, 2016<br>Trial:     September 27, 2016 |

  Having considered Plaintiff's motion brought pursuant to Rule 15(a)(2) and Rule 21 of the Federal Rules of Civil Procedure requesting this Court's leave to file a Second Amended Complaint to substitute RTLR Enterprises Inc. as a defendant in place of a fictitiously named Doe defendant, and having found good cause therefor and no prejudice to Defendants, the Court hereby GRANTS Plaintiff's motion.

  Plaintiff's Second Amended Complaint lodged with the Court in their motion, and the necessary Summons and amended Certification of Interested Parties, shall be electronically filed within three court days of this Order and served promptly.

  IT IS SO ORDERED.

Dated:_____      _____
                  Hon. David O. Carter
                  U.S. District Court Judge