Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No. 298637
  *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Shawna L. Parks, State Bar No. 208301
*sparks@parks-law-office.com*
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd.
Suite 107, #347
Los Angeles, California 90027
Tel: (323) 389-9239; Fax: (323) 389-9239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:15-cv-00798-DOC-JC<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; MEMORANDUM OF POINTS AND AUTHORITIES<br>[Fed. R. Civ. P. 6(c)(1)(C)]<br>[Filed Concurrently with Plaintiff's Notice of Motion and Motion for Leave to Amend Second Amended Complaint]<br><br>DATE:　May 16, 2016<br>TIME:　8:30 a.m.<br>PLACE:　Room 9D, Santa Ana<br><br>Pre-Trial: September 13, 2016<br>Trial:　September 27, 2016 |

Plaintiff Brian Petrie hereby applies ex parte for an Order Shortening Time for the hearing of Plaintiff's Motion for Leave to File Second Amended Complaint to Substitute RTLR Enterprises Inc. for Doe Defendant, filed concurrently herewith this Application. The attached Certificate demonstrates that the hearing of this motion on shortened time is necessary because Plaintiff only recently became aware of the identity of the proposed defendant, and discovery and motion completion deadlines are approaching.  In order to avoid any request to extend the court's deadlines, Plaintiff believes it necessary to request a shortened timeline on this straightforward motion to name a Doe defendant.

Pursuant to Local Rule 7-19, Plaintiff hereby notifies the Court that the name and contact information of Defendants' counsel are as follows:

- David S. Eisen and Alexandra Aurisch, Wilson Elser Moskowitz Edelman & Dicker LLP, 555 S. Flower Street, Suite 2900, Los Angeles, California 90071; Telephone: (213) 330-8740; Email: david.eisen@wilsonelser.com, alexandra.aurisch@wilsonelser.com; Counsel for Defendant Prometric Inc.

- Eric A. Herzog, Norton Rose Fulbright US LLP, 555 South Flower Street, 41st Floor, Los Angeles, California 90071; Telephone: (213) 892-9200; Email: eric.herzog@nortonrosefulbright.com; Counsel for Defendant National Board of Medical Examiners

- Robert A. Burgoyne, Norton Rose Fulbright US LLP, 799 9th Street, NW, Washington, D.C. 2001; Telephone: (202) 662-0200; Email: robert.burgoyne@nortonrosefulbright.com; Counsel for Defendant National Board of Medical Examiners

Plaintiff's counsel provided Defendants' counsel notice by email of Plaintiff's intention to bring this application to shorten time.

Respectfully submitted,

Dated: May 3, 2016

KNAUF ASSOCIATES
LAW OFFICE OF SHAWNA L. PARKS
*/s/ Christopher H. Knauf*

_____

By:  Christopher H. Knauf
Attorneys for Plaintiff

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff has filed before this Court a Motion for Leave to File a Second Amended Complaint to Substitute RTLR Enterprises Inc. for Doe Defendant (hereafter "Motion"). By this Application, Plaintiff respectfully requests that the hearing of this Motion, and related briefing, be expedited to resolve the issues in the Motion as promptly as possible to promote efficient adjudication of this matter and prevent a request to extend litigation deadlines.

Plaintiff's ex parte application for an expedited briefing and hearing schedule is needed due to Plaintiff's recent discovery of the identity of RTLR Enterprises Inc. and rapidly approaching litigation deadline to complete discovery. Certificate of Christopher H. Knauf, ¶ 4. After learning of the identity of RTLR Enterprises Inc. during a deposition on February 12, 2016, Plaintiff determined the necessity to substitute this entity in place of a fictitious Doe defendant, as the entity that owns and operates the Prometric testing facility where the incidents of this action occurred, and the entity that employs the personnel involved in the incident. *Id.* at ¶ 5. Plaintiff was unaware of the identity and role of RTLR Enterprises Inc. prior to the February 12, 2016 deposition, despite diligent efforts to search secretary of state records and public filings, and despite the fact the original complaint contained sufficient identifying information for Defendants to identify the testing facility and its owner and operators involved in the alleged incidents. *Id.* at ¶ 6.

/ / / /

/ / / /

/ / / /

-4-
PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTNENING TIME

For the forgoing reasons, Plaintiff request the following hearing and briefing schedule:

| | |
|---|---|
| Deadline for Defendants' Opposition | May 10, 2016 |
| Deadline for Plaintiff's Reply (optional) | May 13, 2016 |
| Hearing | May 16, 2016 at 8:30 a.m. |

Respectfully submitted,

Dated: May 3, 2016

KNAUF ASSOCIATES
LAW OFFICE OF SHAWNA L. PARKS
*/s/ Christopher H. Knauf*

_____
By: Christopher H. Knauf
Attorneys for Plaintiff