Christopher H. Knauf, State Bar No. 185180
  ck@goodlaw.biz
Alexandra M. Robertson, State Bar No. 298637
  alex@goodlaw.biz
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Shawna L. Parks, State Bar No. 208301
sparks@parks-law-office.com
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd.
Suite 107, #347
Los Angeles, California 90027
Tel: (323) 389-9239; Fax: (323) 389-9239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:15-cv-00798-DOC-JC<br><br>CERTIFICATE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME<br>[Fed. R. Civ. P. 6(c)(1)(C)]<br><br>[Filed Concurrently with Plaintiff's Notice of Motion and Motion for Leave to Amend Second Amended Complaint]<br><br>DATE:　May 16, 2016<br>TIME:　8:30 a.m.<br>PLACE:　Room 9D, Santa Ana<br><br>Pre-Trial: September 13, 2016<br>Trial:　　September 27, 2016 |

-1-
CERTIFICATION IN SUPPORT OF APPLICATION
FOR ORDER SHORTENING TIME

1.     I, Christopher H. Knauf, declare that I am an attorney duly licensed to practice law in the State of California and before this Court. I have personal knowledge of the facts herein, and if called as a witness would competently testify to those facts.

2.     I am the lead attorney for Plaintiff Brian Petrie in the matter of *Petrie v. Prometric Inc., et al.,* designated as United States District Court case number 8:15-cv-00798-DOC-JC.

3.     This certificate is submitted in support of Plaintiff's Ex Parte Application for an Order Shortening Time submitted herewith to have Plaintiff's Motion for Leave to File Second Amended Complaint to Substitute RTLR Enterprises Inc. for Doe Defendant heard by this Court on May 16, 2016 at 8:30 a.m.

4.     A hearing before this Court on shortened time is necessary because Plaintiff has only recently discovered the identity of RTLR Enterprises Inc. and determined the necessity to substitute this entity in place of a fictitious Doe defendant. Further, due to the intervening Memorial Day holiday on May 30, 2016, Plaintiff's Motion for Leave to File Second Amended Compliant to Substitute Doe Defendant cannot be heard under standard motion filing deadlines pursuant to Local Rules 6-1 before the discovery cut off on May 31, 2016.

5.     In the course of Plaintiff taking the deposition on February 12, 2016 of Shelli Andrews, the personnel involved in the incident at issue, Plaintiff first learned that the test center where the incidents occurred is owned by RTLR Enterprises Inc. and is the employer of the personnel involved in the incidents, and that this entity and not existing Defendant Prometric Inc., who contracts with RTLR Enterprises Inc. Thereafter, Plaintiff analyzed the necessity of seeking to substitute this newly discovered entity, which is the owner of the facility and

employer of the personnel involved in the incidents at issue, and determined to name this defendant to ensure that Plaintiff's claims are properly and fully adjudicated or otherwise resolved in a single action.

6. Prior to the February 12, 2016 deposition, Plaintiff was unaware of the identity of the RTLR Enterprises Inc. as the owner of the facility and employer of the personnel involved. At the outset of litigation, before filing the original complaint, Plaintiff's counsel performed a diligent search to identify defendants, including researching Secretary of State business entity records, and other public filings. Although Plaintiff's original complaint clearly identified sufficient information to permit Defendants to identify where the incidents had occurred and the entity that owned that location and employed the personnel involved, at no point did Defendants disclose the identity or existence of RTLR Enterprises Inc. through initial disclosures, nor any other filing, until Plaintiff discovered this information during the February 12, 2016 deposition.

7. In advance of filing this application, I conferred with Defendants' respective counsel regarding Plaintiff's intention to amend their complaint based on newly discovered claims and necessary parties, as well as Plaintiff's intention to seek an ex parte order shortening time. Opposing counsel has not agreed to a hearing of this matter on shortened time.

8. Attached is a proposed order granting this Application. On behalf of Plaintiff, I respectfully request the Court to set the following briefing and hearing schedule:

| | |
|---|---|
| Deadline for Defendants' Opposition | May 10, 2016 |
| Deadline for Plaintiff's Reply (optional) | May 13, 2016 |
| Hearing | May 16, 2016 at 8:30 a.m. |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on May 3, 2016, in Santa Monica, California.

_____
Christopher H. Knauf