Christopher H. Knauf, State Bar No. 185180
  *ck@goodlaw.biz*
Alexandra M. Robertson, State Bar No. 298637
  *alex@goodlaw.biz*
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Shawna L. Parks, State Bar No. 208301
*sparks@parks-law-office.com*
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd.
Suite 107, #347
Los Angeles, California 90027
Tel: (323) 389-9239; Fax: (323) 389-9239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>       Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 8:15-cv-00798-DOC-JC<br><br>[PROPOSED] ORDER RE PLAINTIFF'S EX PARTE APPLICATION FOR SHORTENING TIME<br><br>Pre-Trial: September 13, 2016<br>Trial:    September 27, 2016 |

Having considered Plaintiff's application brought pursuant to Rule 6(c)(1)(C) of the Federal Rules of Civil Procedure requesting this Court shorten time to hear Plaintiff's Motion for Leave to File a Second Amended Complaint to substitute RTLR Enterprises Inc. as a defendant in place of a fictitiously named Doe defendant, and having found good cause therefor and no prejudice to Defendants, the Court hereby GRANTS Plaintiff's application for the following briefing and hearing schedule:

| | |
|---|---|
| Deadline for Defendants' Opposition | May 10, 2016 |
| Deadline for Plaintiff's Reply (optional) | May 13, 2016 |
| Hearing | May 16, 2016 at 8:30 a.m. |

IT IS SO ORDERED.

Dated:_____

_____
Hon. David O. Carter
U.S. District Court Judge