Eric A. Herzog (Bar No. 229066)
eric.herzog@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Robert A. Burgoyne (Admitted *Pro Hac Vice*)
robert.burgoyne@nortonrosefulbright.com
**NORTON ROSE FULBRIGHT US LLP**
799 9th Street, NW
Washington, D.C. 20001
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Attorneys for Defendant
NATIONAL BOARD OF MEDICAL EXAMINERS

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE,<br><br>    Plaintiff,<br><br>v.<br><br>PROMETRIC INC. *et al.*,<br><br>    Defendants. | Case No. 8:15-cv-00798-DOC-JC<br><br>**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO SUBSTITUTE RTLR ENTERPRISES INC. FOR DOE DEFENDANT**<br><br>Hearing Date: May 16, 2016<br>Hearing Time: 8:30 a.m.<br>Courtroom: 9D<br><br>Judge David O. Carter<br><br>Pre-Trial: September 13, 2016<br>Trial: September 27, 2016 |

36194769.1

Defendant National Board of Medical Examiners opposes plaintiff Brian Petrie's motion for leave to file a second amended complaint to add a new defendant, RTLR Enterprises Inc. ("RTLR"), nearly five months after the deadline to file motions to join other parties or to amend the pleadings, and days before the May 31, 2016 discovery cut-off. Plaintiff asserts that he learned of the existence of RTLR at a "recent" deposition. However, as Plaintiff concedes, the deposition at which Plaintiff first learned about RTLR occurred on February 12, 2016, nearly three months ago.

Plaintiff asserts that the "delay since the [February 12, 2016] deposition has been due to a variety of factors, primarily obligations in this and other pending litigation matters." (Motion at 7.) However, surely Plaintiff could have found the time to seek leave to amend in February, March, or even April. Further, Plaintiff could have learned of the existence of RTLR much earlier in the case if he had served any written discovery. Instead, even though this case was filed in May 2015, Plaintiff did not serve any document requests or interrogatories on either of the existing defendants until April 15, 2016, approximately six weeks before the discovery cut-off and almost a year after the filing of the original complaint.

Given the cut-off of December 7, 2015 for motions to join other parties (including Doe defendants) or to amend the pleadings, and the discovery cut-off of May 31, 2016, the parties would be prejudiced by the amendment sought by Plaintiff. Plaintiff has not shown good cause for allowing a second amendment of his complaint in contravention of the deadlines in the Court's scheduling order. "If a party files for leave to amend outside of the court's scheduling order," as here, Rule 16 of the Federal Rules of Civil Procedure also comes into play, in addition to Rule 15, and "the party must show cause to modify the schedule." *Popoalii v. Corr. Med. Servs.*, 512 F.3d 488, 497 (8th Cir. 2008); Fed. R. Civ. P. 16(b)(4) ("A schedule may be modified only for good cause …."). Plaintiff has not done so here. Accordingly, Plaintiff's motion to amend the complaint should be denied.

| | | |
|---|---|---|
| 1 | Dated: May 16, 2016 | Respectfully submitted, |
| 2 | | **NORTON ROSE FULBRIGHT US LLP** |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Eric A. Herzog<br>Eric A. Herzog |
| 6 | | Attorneys for Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |
| 7 | | |

# PROOF OF SERVICE

I, Mylene Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On May 16, 2016, I electronically filed the attached document(s):

**DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT TO SUBSTITUTE RTLR ENTERPRISES INC. FOR DOE DEFENDANT**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Christopher H. Knauf, Esq.
ck@goodlaw.biz
Alexandra M. Robertson , Esq.
alex@goodlaw.biz
Knauf Associates
2001 Wilshire Boulevard, Suite 205
Santa Monica, CA 90403
Tel: (310) 829-4250
Fax: (310) 622-7263

*Attorneys for Plaintiff Brian Petrie*

Shawna L. Parks, Esq.
sparks@parks-law-office.com
Law Offices of Shawna L. Parks
4470 W. Sunset Boulevard
Suite 107, #347
Los Angeles, CA 90027
Tel: (323) 389-9239
Fax: (323) 389-9239

*Co-Counsel for Plaintiff Brian Petrie*

David S. Eisen , Esq.
david.eisen@wilsonelser.com
Alexandra Aurisch, Esq.
alexandra.aurisch@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
555 South Flower Street, Suite 2900
Los Angeles, CA 90071
Tel: (213) 330-8740
Fax: (213) 443-5101

*Attorneys for Defendant Prometric Inc.*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 16, 2016, at Los Angeles, California.

/s/ Mylene Ruiz
Mylene Ruiz