# EXHIBIT A

## Aurisch, Alexandra

| | |
|---|---|
| **From:** | Christopher H. Knauf [ck@goodlaw.biz] |
| **Sent:** | Wednesday, April 20, 2016 10:52 AM |
| **To:** | Eisen, David S. |
| **Cc:** | Aurisch, Alexandra; eric.herzog@nortonrosefulbright.com; robert.burgoyne@nortonrosefulbright.com; 'Alexandra Robertson'; 'Shawna Parks' |
| **Subject:** | RE: Petrie v. Prometric, Inc., et al. - Discovery Requests & Other Pleadings |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I am working with David on arranging a mutually workable date and time for the site inspection. We contend that 6:30am is not reasonable but are willing to work around testing days to avoid any disruption – evenings and weekends are fair game.

Additionally, Plaintiff intends to substitute in RTLR Enterprises Inc for a Doe defendant. Regardless of whether the court will permit us to do so, please let us know if either party intends to object to the substitution. Thank you.

Christopher H. Knauf, Esq.
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, CA 90403
(310)829-4250 / www.GoodLaw.biz

**From:** Eisen, David S. [mailto:David.Eisen@wilsonelser.com]
**Sent:** Tuesday, April 19, 2016 6:37 PM
**To:** Bryant Galindo <bryant@goodlaw.biz>
**Cc:** Aurisch, Alexandra <Alexandra.Aurisch@wilsonelser.com>; eric.herzog@nortonrosefulbright.com; robert.burgoyne@nortonrosefulbright.com; Christopher H. Knauf <ck@goodlaw.biz>; Alexandra Robertson <alex@goodlaw.biz>; Shawna Parks <sparks@parks-law-office.com>
**Subject:** Re: Petrie v. Prometric, Inc., et al. - Discovery Requests & Other Pleadings

Chris:

Among the discovery you served is a demand for a site inspection for a date and time you unilaterally selected. Unfortunately, I am unavailable on the date you selected, and the site would be filled with test-takers in any event. Assuming your inspection won't take longer than 30 minutes, I can offer you May 17 at 6:30am. Please let me know at your earliest convenience if that works for you.

David

On Apr 15, 2016, at 3:57 PM, Bryant Galindo <bryant@goodlaw.biz> wrote:

> Dear Counsel,
>
> Attached please find discovery requests and other pleadings related to the above-referenced matter. Should you have any questions or difficulties opening the documents, please let me know. Also, please confirm receipt of this email at your earliest convenience. Thank you, and have a great weekend!
>
> Best,

1

Bryant Galindo
Litigation/Office Assistant
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, CA 90403

<160413 P's Suppl Disclosures.pdf>

<160413 PLF Notice of Site Inspection.pdf>

<160415 Pltf RFPs NBME (Set One).pdf>

<160415 Pltf RFPs Prometric (Set One).pdf>

<160415 Plts Rogs [Set One] to NBME.pdf>

<160415 Plts Rogs [Set One] to Prometric.pdf>

<160415 P Amended Expert Disclosure.pdf>

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.
Thank you.