# EXHIBIT B

# PROOF OF SERVICE

I, Lori McCartan, declare

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entiled action. My business address is 555 South Flower Street, Suite 2900, Los Angeles, CA 90071

On December 15, 2015, **DEFENDANT PROMETRIC INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF BRIAN PETRIE, SET NO. 1** was served by placing the document in U. S. Mail to the following counsel for all parties:

| | |
|---|---|
| Christopher H. Knauf<br>Alexandra Robertson<br>Knauf Associates<br>2001 Wilshire Blvd., Ste. 205<br>Santa Monica, CA 9040<br>T: (310) 829-4250<br>F: (310) 622-7263<br>Attorneys for Plaintiff | Eric A. Herzog<br>Robert A. Burgoyne<br>Norton rose Fulbrights US LLP<br>555 S. Flower St., 41st Fl.<br>Los Angeles, CA 90071<br>T: (213) 892-9200<br>F: (213) 892-9494<br>Attorneys for Defendant<br>NATIONAL BOARD OF MEDICAL EXAMINERS |

I declare under penalty of perjury under the laws of the United States of America that the information in this certificate of service is true and correct.

Executed on December 15, 2015, at Los Angeles, California.

_____
Lori McCartan

10
DEFENDANT PROMETRIC INC.'S REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF BRIAN PETRIE, SET NO. 1
CASE NO. 8:15-CV-00798-DOC-JC

2364932v.3

Exhibit B - 17