# EXHIBIT C

Exhibit C   - 18

**PROOF OF SERVICE**

I declare that I am over the age of 18 years and not a party to this action; my business address is 2001 Wilshire Blvd., Suite 320, Santa Monica, California 90403. On May 6, 2016, I served on the interested party/parties indicated in the Service List below the following document(s):

**PLAINTIFF'S PRODUCTION OF DOCUMENTS P000001-P000433; PRIVILEGE LOG**

[ ] (BY PERSONAL SERVICE) I caused a copy of said pleading(s) to be hand delivered to the interested party/parties listed below.

[X] (BY ELECTRONIC MAIL) By agreement of the parties, I caused a copy of said pleading(s) to be sent via electronic mail transmission to the interested party(ies) listed below, and no error or delivery failure was received.

[ ] (BY OVERNIGHT MAIL) I caused a copy of said pleading(s) to be placed in an overnight mail depository (Federal Express), for next day delivery, in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

[ ] (BY REGULAR MAIL) I caused a copy of said pleading(s) to be placed in a regular U.S. mail depository, in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

SERVICE LIST

| | |
|---|---|
| David S. Eisen, Esq.<br>Josephine C. Lee-Nozaki, Esq.<br>WILSON, ELSER, MOSKOWITZ,<br>EDELMAN & DICKER LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, California 90071<br>Tel: (213) 443-5100 / Fax: (213) 443-5101<br>David.Eisen@wilsonelser.com<br>Josephine.Lee-Nozaki@wilsonelser.com | Eric A. Herzog, Esq.<br>NORTON ROSE FULBRIGHT LLP<br>555 South Flower Street, 41st Floor<br>Los Angeles, California 90071<br>Tel: (213) 892-9200 / Fax: (213) 892-9494<br>eric.herzog@nortonrosefulbright.com<br><br>Robert A. Burgoyne, Esq.<br>NORTON ROSE FULBRIGHT LLP<br>799 9th Street, NW<br>Washington, D.C. 20001<br>Tel: (202) 662-0200; Fax: (202) 662-4643<br>robert.burgoyne@nortonrosefulbright.com |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on May 6, 2016 in Los Angeles, California.

                                         */S/ Bryant Galindo*
                                         Bryant Galindo