# EXHIBIT D

### III.  RELIEF SOUGHT

In accordance with FRCP 26(a)(1)(A)(iii), Plaintiff identifies the following relief sought in the action:

Plaintiff seeks compensatory and statutory damages as permitted by law, including but not limited to Cal. Civ. Code § 51, and according to proof at trial. Plaintiff is still compiling evidence supporting his damages. A computation will be provided to Defendants as soon as possible. The categories of damages include the following:

- Additional medical school tuition and educational costs
- Additional exam fees and exam preparation expenses
- Additional residency application, matching and interviewing expenses
- Lost income and future earning capacity
- Additional loan fees and accrued interest on student loans
- Emotional distress

Plaintiff is also entitled to his statutory attorneys' fees and costs pursuant to 42 U.S.C. § 12205, 42 U.S.C. § 12188, California Civil Code § 52(a). Plaintiff's attorneys' fees are billed at $695 per hour for Mr. Knauf, $350 per hour for Ms. Robertson and $200 per hour for law clerks and paralegals. To date, Plaintiff's attorneys fees and costs total approximately $22,500 (subject to updated billing).

///

///

///

## PROOF OF SERVICE

I, Justin Hutton, declare that I am over the age of 18 years and not a party to this action; my business address is 2001 Wilshire Blvd., Suite 205, Santa Monica, California 90403. On September 25, 2015, I served on the interested party/parties indicated in the Service List below the following document(s):

**PLAINTIFFS' INITIAL DISCLOSURES**

[ ] (BY PERSONAL SERVICE) I caused a copy of said pleading(s) to be hand delivered to the interested party/parties listed below.

[ ] (BY FACSIMILE) I caused a copy of said pleading(s) to be sent via facsimile transmission to the interested party(ies) listed below: (and the facsimile machine used to transmit was in compliance with Rule 2003(3) and no error was reported by the machine pursuant to Rule 2005(i)).

[ ] (BY REGULAR MAIL) I caused a copy of said pleading(s) to be placed in a regular U.S. mail depository, in a sealed envelope, with postage fully prepaid, to the addressee(s) below.

[X] (BY ELECTRONIC MAIL) Pursuant to an agreement between counsel, I caused a copy of said pleading(s) to be sent to the persons at the electronic service addressee(s) below.

### SERVICE LIST

| | |
|---|---|
| David S. Eisen, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street<br>Suite 2900<br>Los Angeles, CA 90071<br>Tel: 213-330-8740 / Fax: 213-443-5101<br>david.eisen@wilsonelser.com | COUNSEL FOR DEFENDANT<br>**PROMETRIC, INC.** |
| Eric A. Herzog, Esq.<br>Bennett J. Kasper, Esq.<br>Norton Rose Fulbright US LLP<br>555 South Flower Street<br>Forty-First Floor<br>Los Angeles, CA 90071<br>Tel: 213-892-9200 / Fax: 213-892-9494<br>eric.herzog@nortonrosefulbright.com<br>bennett.kasper@nortonrosefulbright.com | COUNSEL FOR DEFENDANT<br>**NATIONAL BOARD MEDICAL EXAMINERS** |

Robert A. Burgoyne
Norton Rose Fulbright US LLP
799 9th Street, NW
Washington, D.C. 20001
Tel: 202-662-0200 / Fax: 202-662-4643
robert.burgoyne@nortonrosefulbright.com

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on September 25, 2015 at Santa Monica, California.

/s/ Justin S. Hutton
_____
Justin S. Hutton