# EXHIBIT E

**Aurisch, Alexandra**

| | |
|---|---|
| **From:** | Herzog, Eric A. [eric.herzog@nortonrosefulbright.com] |
| **Sent:** | Friday, January 29, 2016 8:28 AM |
| **To:** | Christopher Knauf; Burgoyne, Robert |
| **Cc:** | 'Alexandra Robertson'; Eisen, David S.; Lee-Nozaki, Josephine |
| **Subject:** | RE: Petrie/Plaintiff's Supplemented Rule 26(f) Disclosure |
| **Attachments:** | image004.png; image005.png; image006.png |

Chris:

I don't believe we have received this, and it is long overdue and has been promised multiple times. Please provide us with this supplemental disclosure by the end of next week. Thanks.

Eric

---

From: Christopher Knauf [ck@goodlaw.biz]
Sent: Friday, January 08, 2016 10:44 AM
To: Burgoyne, Robert
Cc: 'Alexandra Robertson'; Herzog, Eric A.; 'Eisen, David S.'; 'Lee-Nozaki, Josephine'
Subject: RE: Petrie/Plaintiff's Supplemented Rule 26(f) Disclosure

We will do so.  We had prepared a compilation of damages for mediation but we never got to a point in the discussion where they were needed.  We will forward no later than Monday.

Bob, we will call you shortly to discuss our motion.

Christopher H. Knauf, Esq.
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320 (new suite# as of Jan. 1) Santa Monica, CA 90403
Tel:310.829.4250 / www.GoodLaw.biz<http://www.goodlaw.biz/>
[cid:image004.png@01D14A01.8BD59C70]<http://www.linkedin.com/in/knauf> [facebook]
<http://www.facebook.com/KnaufAssoc>  [twitter] <https://twitter.com/KnaufAssoc>

If you are not the intended recipient of this email:  Please immediately notify the sender by reply email.  This email and any attachments may contain confidential information that is legally privileged or otherwise protected by law. You are prohibited from saving, forwarding, copying, or distributing any of the information contained in or attached to this email.  Please immediately delete this email and any attachments.

From: Burgoyne, Robert [mailto:robert.burgoyne@nortonrosefulbright.com]
Sent: Friday, January 08, 2016 9:58 AM
To: 'Christopher Knauf' <ck@goodlaw.biz>
Cc: Alexandra Robertson <alex@goodlaw.biz>; Herzog, Eric A. <eric.herzog@nortonrosefulbright.com>; Eisen, David S. (David.Eisen@wilsonelser.com) <David.Eisen@wilsonelser.com>; Lee-Nozaki, Josephine (Josephine.Lee-Nozaki@wilsonelser.com) <Josephine.Lee-Nozaki@wilsonelser.com>
Subject: RE: Petrie/Plaintiff's Supplemented Rule 26(f) Disclosure

Chris,

Under FRCP 26(a)(1)(A)(iii), plaintiff was required to provide the defendants with "a computation of each category of damages" that he is claiming in this lawsuit.  You served your initial disclosures on us in September 2015.  The

**Exhibit E   - 25**

disclosures identified broad categories of claimed damages, but no computations; instead, they stated that "[a] computation will be provided to Defendants as soon as possible." (Plaintiff's Initial Disclosures at 6). So far as I know, that still has not happened.

Your e-mailed settlement demand during the mediation included damage computations, but I do not believe you have provided either defendant with an amended set of Initial Disclosures in which you provide the computation of damages that is required under Rule 26.

Can you please provide that to us promptly? The information is needed for discovery purposes and potentially in connection with your stated intention to move to quash or limit certain of our third-party subpoenas. If you have already provided us with a set of amended disclosures and I have simply overlooked it, I would appreciate it if you could re-send.

Thanks.

Bob


CONFIDENTIALITY NOTICE: This email, including any attachments, is confidential and may be privileged. If you are not the intended recipient please notify the sender immediately, and please delete it; you should not copy it or use it for any purpose or disclose its contents to any other person. Norton Rose Fulbright entities reserve the right to monitor all email communications through their networks.

Norton Rose Fulbright Australia, Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Exhibit E   - 26