# EXHIBIT F

# PROOF OF SERVICE

I, Bryant Galindo, declare that I am over the age of 18 years and not a party to this action; my business address is 2001 Wilshire Blvd., Suite 320, Santa Monica, California 90403. On April 15, 2016, I served on the interested party/parties indicated in the Service List below the following document(s):

**PLAINTIFFS' SUPPLEMENTAL DISCLOSURES**
**STATEMENT OF DAMAGES**

[X] (BY ELECTRONIC MAIL) Pursuant to an agreement between counsel, I caused a copy of said pleading(s) to be sent to the persons at the electronic service addressee(s) below.

## SERVICE LIST

| COUNSEL FOR DEFENDANT **PROMETRIC, INC.** | COUNSEL FOR DEFENDANT **NATIONAL BOARD MEDICAL EXAMINERS** |
|---|---|
| David S. Eisen, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>david.eisen@wilsonelser.com<br><br>Alexandra Aurisch<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>Alexandra.aurisch@wilsonelser.com | Eric A. Herzog, Esq.<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>eric.herzog@nortonrosefulbright.com<br><br>Robert A. Burgoyne<br>Norton Rose Fulbright US LLP<br>799 9th Street, NW<br>Washington, D.C. 20001<br>robert.burgoyne@nortonrosefulbright.com |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on April 15, 2016 at Santa Monica, California.

*/s/ Bryant Galindo*

Bryant Galindo

-4-
PLAINTIFF'S SUPPLEMENTAL DISCLOSURES