# EXHIBIT G

```
 1  facts?
 2       A.    No.
 3       Q.    Who is your current employer?
 4       A.    RTLR Enterprises, Incorporated, doing
 5  business as Prometric Testing Center.
 6       Q.    What is your current position?
 7       A.    General manager.
 8       Q.    What are your duties as general manager?
 9       A.    I manage two Prometric testing centers,
10  once in Anaheim and one in Lake Forest overseeing
11  everything from hiring to supervising, acting as a
12  test center administrator at times.
13       Q.    Any other duties that you can think of?
14       A.    I think that pretty much covers it.
15       Q.    In May of 2013 did you hold a different
16  position?
17       A.    I believe my title at that time was test
18  center manager.  Same duties.
19       Q.    Same company?
20       A.    Yes.
21       Q.    What is the difference between general
22  manager and test center manager?
23       A.    Nothing.
24       Q.    You just had a different title?  That's a
25  yes?
```

1  A. She is the president of RTLR Enterprises.
2  She owns two partner centers for Prometric.
3  Q. Is a partner center different than a test
4  site?
5  A. Partner center is different than a
6  corporate site. Prometric has corporate sites that
7  are corporate owned and partner sites that are
8  partner owned.
9  Q. The Anaheim and Lake Forest sites, are
10 those corporate sites or partner sites?
11 A. Partner sites.
12 Q. Who owns those sites, if you know?
13 A. Linda and Bob Lewis.
14 Q. Who owns the corporate sites? I'm trying
15 to understand the difference between the two types of
16 sites?
17 A. I believe Prometric corporate. It's kind
18 of like a franchise but it's not a franchise.
19 Q. Mr. and Mr. Lewis essentially own two of
20 the sites from Prometric, is that fair to say?
21 A. Yes.
22 Q. Prometric itself owns any number of
23 different sites?
24 A. Yes.
25 Q. Is that across the country?

21

```
 1   these accommodations.  We don't have any say or
 2   approval on what kind of accommodations they have.
 3   As a test center administrator or at the test center
 4   level we receive a notification from our test center
 5   testing accommodations department indicating what
 6   accommodations the candidate would have.
 7        Q.   You said you receive a notice?
 8        A.   Yes.
 9        Q.   How do you receive that notice?
10        A.   It has changed over the years.  Right now
11   we receive this electronically on our admin stations.
12   It's also listed when you check the candidate in in
13   the check-in process.
14        Q.   Do you recall in early 2013 if there was a
15   different way that you received notice of a
16   candidate's accommodations?
17        A.   Yes.
18        Q.   What was that?
19        A.   Those were received by e-mail.
20        Q.   From whom?
21        A.   Our testing accommodations department.
22        Q.   Is that testing accommodations department
23   part of RTLR Enterprises or Prometric?
24        A.   Prometric.
25        Q.   Do you know where they are located?
```

28

1   A.   Baltimore, Maryland.
2   Q.   Do you know if there's any local office of
3   testing accommodations department of Prometric?
4   A.   No.
5   Q.   Does RTLR Enterprises have any kind of
6   testing accommodations department of any kind?
7   A.   No.
8   Q.   Do you have a contact of a specific person
9   you know to contact at the testing accommodations
10  department at Prometric?
11  A.   Do you mean a specific person or our own
12  contact person?
13  Q.   Correct.
14  A.   No.
15  Q.   You just have a phone number or who do you
16  contact when you contact the testing accommodations
17  department?
18  A.   We have a phone number for testing
19  accommodations.
20  Q.   That is the phone number you are
21  instructed to call if there's any issues regarding
22  accommodations on the day of an examination?
23  A.   Yes.
24  Q.   Are there any other steps that you are
25  required to take when there are any questions

```
 1   taken it since 2013?
 2        A.   No.
 3        Q.   At least once?
 4        A.   Yes.
 5        Q.   Did you say you set up the on-line
 6   training?
 7        A.   No.
 8        Q.   Who prepared the on-line training content,
 9   if you know?
10        A.   I don't know.
11        Q.   Do you know if it's from Prometric
12   corporate?
13        A.   Yes.
14        Q.   Beyond whatever content may appear in the
15   on-line training, what other training have you
16   received regarding implementing disability
17   accommodations at Prometric testing centers?
18        A.   I believe each time you administer an
19   accommodations, you are learning.  I also feel that
20   my most recent trip to Baltimore was very informative
21   meeting with the accommodations department, after
22   which time we did receive documentation to give to my
23   staff regarding accommodations also.
24        Q.   Would you say the disability
25   accommodations component was an important part of
```

```
 1        Q.    Have you ever requested modifications of
 2   the manual?
 3        A.    No.
 4        Q.    Are you ever responsible in any way for
 5   modifications to the manual?
 6        A.    No.
 7        Q.    That would be your supervisor?
 8        A.    I don't know.
 9        Q.    Is it a Prometric, Inc., manual?
10        A.    Yes.
11        Q.    Do you know if the manual is available to
12   the general public or is it an internal manual?
13        A.    I believe it's internal.
14        Q.    As best you can recall, what does the
15   manual discuss with regard to implementation of
16   disability accommodations for testing purposes?
17        A.    It's our procedures for how to handle an
18   accommodations, how the notification comes in.  I
19   believe in the operating procedures it will tell you
20   I guess kind of a definition of an accommodation,
21   give us examples of some accommodations, of course
22   not all, and how to handle a situation if it arises.
23        Q.    Do you know if the manual discusses
24   requirements of any separation rooms provided to
25   testing candidates?
```

38