# EXHIBIT H

Christopher H. Knauf, State Bar No. 185180
 ck@goodlaw.biz
Alexandra M. Robertson, State Bar No. 298637
 alex@goodlaw.biz
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250 Fax: (310) 622-7263

Shawna L. Parks, State Bar No. 208301
sparks@parks-law-office.com
LAW OFFICE OF SHAWNA L. PARKS
4470 W. Sunset Blvd.
Suite 107, #347
Los Angeles, California 90027
Tel: (323) 389-9239; Fax: (323) 389-9239

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRIAN PETRIE, an individual, | Case No.: 8:15-cv-00798-DOC-JC |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF SITE INSPECTION OF PROMETRIC TESTING CENTER** |
| v. | **[F.R.C.P. 34]** |
| PROMETRIC INC, Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive, | Date: May 2, 2016<br>Time: 11:00 a.m.<br>Place: 1290 N. Hancock Street, Suite 250<br>       Anaheim, California 92807 |
| Defendants. | |

-1-
PLAINTIFF'S NOTICE OF SITE INSPECTION OF PROMETRIC TESTING CENTER

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Pursuant to Federal Rule of Civil Procedure Rule 34(a)(2), Plaintiff Brian Petrie will inspect, photograph, videotape, measure, survey, test, sample and otherwise inspect the premises of the Prometric testing facility ("Subject Property"), located at 1290 N. Hancock Street, Suite 250, Anaheim, California 92807 on May 2, 2016 at 11:00 a.m. unless otherwise agreed upon by counsel.

Plaintiff will inspect all areas of the subject property that were or could have been used by Defendants when administering Plaintiff's Step 2 Clinical Knowledge U.S. Medical Licensing Examination, including but not limited to the lobby or check-in area, the main testing room or rooms, the separate testing room used by Plaintiff, any other separate testing rooms at the property, and the reception desk.

DATED: April 15, 2016                KNAUF ASSOCIATES

*[signature]*

By: CHRISTOPHER KNAUF
Attorney for Plaintiff

-2-
PLAINTIFF'S NOTICE OF SITE INSPECTION OF PROMETRIC TESTING CENTER

# PROOF OF SERVICE

I declare that I am over the age of 18 years and not a party to this action; my business address is 2001 Wilshire Blvd., Suite 320, Santa Monica, California 90403. On April 15, 2016, I served on the interested party/parties indicated in the Service List below the following document(s):

**PLAINTIFF'S NOTICE OF SITE INSPECTION OF PROMETRIC TESTING CENTER**

[X] (BY ELECTRONIC MAIL) By agreement of the parties, I caused a copy of said pleading(s) to be sent via electronic mail transmission to the interested party(ies) listed below, and no error or delivery failure was received.

SERVICE LIST

| COUNSEL FOR DEFENDANT **PROMETRIC, INC.** | COUNSEL FOR DEFENDANT **NATIONAL BOARD MEDICAL EXAMINERS** |
|---|---|
| David S. Eisen, Esq.<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>david.eisen@wilsonelser.com | Eric A. Herzog, Esq.<br>Norton Rose Fulbright US LLP<br>555 South Flower Street, Forty-First Floor<br>Los Angeles, CA 90071<br>eric.herzog@nortonrosefulbright.com |
| Alexandra Aurisch<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>555 South Flower Street, Suite 2900<br>Los Angeles, CA 90071<br>Alexandra.aurisch@wilsonelser.com | Robert A. Burgoyne<br>Norton Rose Fulbright US LLP<br>799 9th Street, NW<br>Washington, D.C. 20001<br>robert.burgoyne@nortonrosefulbright.com |

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on April 15, 2016 at Santa Monica, California.

*/s/ Bryant Galindo*

Bryant Galindo

-3-
PLAINTIFF'S NOTICE OF SITE INSPECTION OF PROMETRIC TESTING CENTER