David S. Eisen (State Bar No. 100623)
  David.Eisen@wilsonelser.com
Alexandra Aurisch (State Bar No. 296525)
  Alexandra.Aurisch@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Telephone:(213) 443-5100
Facsimile: (213) 443-5101

Attorneys for Defendant,
PROMETRIC INC., a Delaware corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual, | Case No. 8:15-cv-00798-DOC-JC |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL P. SAWICKI, ESQ.** |
| PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a Pennsylvania non-profit corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

I, MICHAEL P. SAWICKI, ESQ., declare as follows:

    1.    At all times relevant to this action, I have been the Senior Vice President and General Counsel for Prometric, Inc., ("Prometric") a defendant to this action. Through my position, I have personal knowledge of Prometric's business structure as well as its contractual relationships with other business entities.

    2.    Prometric provides assistance to other business in the administration of various standardized examinations. For some, but not all, of its testing centers,

1

2462575v.1

1  Prometric contracts with a separate entity to operate a particular testing facility or
2  facilities. The contractual relationship is governed by an "Operating Agreement."

3.  Prometric and RTLR Enterprises, Inc. ("RTLR") have an existing Operating Agreement for two locations: (1) Prometric Testing Center, 1290 Hancock Street, Ste. 250, Anaheim CA, 92807, and (2) Prometric Testing Center, 24551 Raymond Way, Ste. 180, Lake Forest, CA 92630.

4.  The Operating Agreement establishes that RTLR, as the Operator, performs as an independent contractor and not an employee or agent of Prometric, or of any Testing Client. The Operating Agreement further establishes that the agreement between Prometric and RTLR does not constitute a franchise.

5.  Prometric has no ownership interest in RTLR Enterprises, Inc. and RLTR Enterprises, Inc. has no ownership interest in Prometric. Prometric and RTLR Enterprises, Inc. do not share a common owner and are separate, independent entities.

I declare under penalty of perjury under the laws of California and Maryland that the foregoing is true and correct.

Executed this 16th day of May, 2016 in Maryland.

MICHAEL P. SAWICKI, ESQ.

2

2462575v.1