EXHIBIT A

objection Prometric may have to the use at trial of this document or any information produced under this Rule.

Moreover, these disclosures do not include the names of any potential experts retained or consulted by Prometric, if any, and do not include the identities of witnesses or a description of documents to be used solely for impeachment. Prometric will provide expert witness disclosures as and when appropriate under Federal Rule of Civil Procedure 26(a)(2), or as otherwise ordered by the Court.

These disclosures should not be construed as a waiver of any privilege, objection to discovery, or attorney work product protection.

**(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Upon information and belief, the individuals listed below may have been involved in, or may have information regarding the facts underlying the allegations in the complaint filed in this case. Prometric's investigation is ongoing.

1. **Barbara Schwing, Client Services Manager (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with defendant National Board of Medical Examiners ("NBME") and Mr. Petrie.

2. **John Carnwath, Territory Operations Manager (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

3. **Frank Boyle, District Manager (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

4. **Sami Badra, Supervisor of Testing Accommodations (Prometric)**

Contact through:

    David S. Eisen, Esq.
    Wilson Elser Moskowitz Edelman & Dicker LLP
    Contact information shown above

Subjects: Defendant Prometric's handling of Mr. Petrie's accommodation requests and/or related interactions with NBME and Mr. Petrie.

5. **Shelli Andrews, Test Center Manager (Prometric)**

Contact through:

>David S. Eisen, Esq.
>Wilson Elser Moskowitz Edelman & Dicker LLP
>Contact information shown above

Subjects: The handling of Mr. Petrie's accommodation requests and/or related activities and interactions with Mr. Petrie at and/or about the time of testing.

6. **Casey Andrews, Test Center Administrator (Prometric)**

Contact through:

>David S. Eisen, Esq.
>Wilson Elser Moskowitz Edelman & Dicker LLP
>Contact information shown above

Subjects: The handling of Mr. Petrie's accommodation requests and/or related activities and interactions with Mr. Petrie at and/or about the time of testing.

7. **Quiana Dixon, Testing Accommodations Advocate (Prometric)**

Contact through:

>David S. Eisen, Esq.
>Wilson Elser Moskowitz Edelman & Dicker LLP
>Contact information shown above