EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3


 4   BRIAN PETRIE, an individual,    )
                                     )
 5            Plaintiff,             )
                                     )   Case No.
 6   vs.                             )   8:15-cv-00798-DOC-JC
                                     )
 7   PROMETRIC, INC., a Delaware     )
     corporation; NATIONAL BOARD     )
 8   OF MEDICAL EXAMINERS, a         )
     District of Columbia            )
 9   non-profit corporation; and     )
     DOES 1-10, inclusive,           )
10                                   )
              Defendants.            )
11   _____)

12

13

14

15                      DEPOSITION OF

16                      SHELLI ANDREWS

17              SANTA MONICA, CALIFORNIA

18                   FEBRUARY 12, 2016

19

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:  LISA M. PETERSON, CSR NO. 9267

25   FILE NO.:  AA014DF
```

```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3

 4   BRIAN PETRIE, an individual,   )
                                    )
 5            Plaintiff,            )
                                    )   Case No.
 6   vs.                            )   8:15-cv-00798-DOC-JC
                                    )
 7   PROMETRIC, INC., a Delaware    )
     corporation; NATIONAL BOARD    )
 8   OF MEDICAL EXAMINERS, a        )
     District of Columbia           )
 9   non-profit corporation; and    )
     DOES 1-10, inclusive,          )
10                                  )
              Defendants.           )
11   _____)

12

13

14

15           Deposition of SHELLI ANDREWS, taken on

16   behalf of the Plaintiff, at Knauf Associates, 2001

17   Wilshire Boulevard, Suite 320, Santa Monica,

18   California, commencing at 10:00 AM, on February 12,

19   2016, before Lisa M. Peterson, CSR No. 9267.

20

21

22

23

24

25
```

2

```
 1                A P P E A R A N C E S

 2


 3   FOR PLAINTIFF:

 4        KNAUF ASSOCIATES
          By:  CHRISTOPHER H. KNAUF, ESQ.
 5        2001 Wilshire Boulevard, Suite 320
          Santa Monica, California 90403
 6        (310) 829-4250
          ck@goodlaw.biz
 7


 8   FOR DEFENDANT PROMETRIC, INC.:

 9        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER
          By:  DAVID S. EISEN, ESQ.
10        555 South Flower Street, Suite 2900
          Los Angeles, California 90071
11        (213) 443-5100
          david.eisen@wilsonelser.com
12


13   FOR DEFENDANT NATIONAL BOARD OF MEDICAL EXAMINERS:

14        NORTON, ROSE & FULBRIGHT
          By:  ERIC A. HERZOG, ESQ.
15        555 South Flower Street, 41st Floor
          Los Angeles, California 90071
16        (213) 892-9200
          eric.herzog@nortonrosefulbright.com
17

18

19

20

21

22

23

24

25
```

3

```
 1        A.    1980.
 2        Q.    Can I get your current home address,
 3   please, for the record?
 4        A.    374 South Basil Street, Anaheim,
 5   California, 92808.
 6        Q.    Have you received any certifications or
 7   licenses of any kind?
 8        A.    Yes.
 9        Q.    What certifications or licenses do you
10   hold?
11        A.    Cosmetology license, and I had a real
12   estate -- California real estate license.
13        Q.    But you no longer do?
14        A.    No.
15        Q.    When did your real estate license expire
16   approximately?
17        A.    Five years ago.
18        Q.    Your current position is full time?
19        A.    Yes.
20        Q.    Who is your supervisor?
21        A.    Linda Lewis.
22        Q.    How do I spell Lewis?
23        A.    L-e-w-i-s.
24        Q.    What is her position, if you know?
25        A.    President/owner.
```

```
 1          Q.    Any other college-level or other courses
 2    that you have taken as part of your employment with
 3    RTLR Enterprises?
 4          A.    No.
 5          Q.    Any other training -- specific training
 6    for your position that you have received that you
 7    haven't discussed?
 8          A.    No.
 9          Q.    You mentioned some hands-on training.  Can
10    you describe what you mean by that?
11          A.    When you become a test center
12    administrator, you spend usually the first two to
13    maybe three weeks working with an experienced test
14    center administrator just following and learning what
15    to do before you are able to go out on your own.
16          Q.    Anything else?
17          A.    Linda and I try to get together at least
18    on a monthly basis to go over any pertinent
19    information that has to do with my job as the
20    manager, and she assists in guiding me at that
21    time.
22          Q.    Other than the two to three weeks of let's
23    call it shadowing at the beginning of your position
24    and the monthly review with your supervisor, any
25    other training that you would consider hands on or
```

24

```
 1                    REPORTER'S CERTIFICATE

 2

 3        I, LISA PETERSON, CSR No. 9267, Certified

 4   Shorthand Reporter certify;

 5        That the foregoing proceedings were taken

 6   before me at the time and place therein set forth, at

 7   which time the witness was put under oath by me;

 8        That the testimony of witness, the questions

 9   propounded and all objections and statements made at

10   the time of the examination were recorded

11   stenographically by me and thereafter transcribed;

12        That the foregoing is a true and correct

13   transcript of my shorthand notes so taken.

14        That a review of the transcript by the deponent

15   was requested.

16        I further certify that I am not a relative or

17   employee of any attorney of the parties, nor

18   financially interested in the action.

19        I declare under penalty of perjury under the

20   laws of California the foregoing is true and correct.

21        Dated this 25th day of February 2016.

22

23        _____

24        LISA M. PETERSON, CSR No. 9267

25
```

137

```
 1            REPORTER'S CERTIFICATION OF CERTIFIED COPY
 2
 3
 4        I, LISA PETERSON, CSR No. 9267, a Certified
 5   Shorthand Reporter in the State of California,
 6   certify that the foregoing pages 1 through 137
 7   constitute a true and correct copy of the original
 8   deposition of SHELLI ANDREWS, taken on February 12,
 9   2016.
10        Dated this 25th day of February 2016.
11
12                    _Lisa M. Peterson_____
13                    LISA M. PETERSON, CSR No. 9267
14
15
16
17
18
19
20
21
22
23
24
25
```