Christopher H. Knauf (Bar No. 185180)
ck@goodlaw.biz
Alexandra M. Robertson (Bar No. 298637)
alex@goodlaw.biz
KNAUF ASSOCIATES
2001 Wilshire Blvd, Suite 320
Santa Monica, California 90403
Tel: (310) 829-4250  Fax: (310) 622-7263

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.:  8:15- cv-00798-DOC-JC<br><br>**NOTICE OF SETTLEMENT** |

/ / /

/ / / /

/ / / / /

---

-1-
NOTICE OF SETTLEMENT

1      TO THE COURT AND ALL PARTIES AND THEIR COUNSEL, PLEASE

2  TAKE NOTICE THAT the parties have agreed in principle to a settlement of the

3  above referenced action.   The parties are in the process of finalizing a written

4  agreement, which is currently circulating among the parties for their respective

5  review and signatures. The parties will file a dismissal upon full execution and as

6  provided in the parties' agreement.

9  Dated: June 14, 2016        KNAUF ASSOCIATES

10

11                  */s/ Christopher H. Knauf*

                      Christopher H. Knauf

12                  Attorneys for Plaintiff

                      BRIAN PETRIE