| | |
|---|---|
| 1 | Christopher H. Knauf (Bar No. 185180) |
| 2 | ck@goodlaw.biz |
|   | Alexandra M. Robertson (Bar No. 298637) |
| 3 | alex@goodlaw.biz |
| 4 | **KNAUF ASSOCIATES** |
|   | 2001 Wilshire Blvd, Suite 320 |
| 5 | Santa Monica, California 90403 |
| 6 | Tel: (310) 829-4250  Fax: (310) 622-7263 |
| 7 | |
|   | *Attorneys for Plaintiff Brian Petrie* |
| 8 | |
| 9 | David S. Eisen (Bar. No. 100623) |
|   | david.eisen@wilsonelser.com |
| 10 | **WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP** |
| 11 | 555 S. Flower Street, Suite 2900 |
| 12 | Los Angeles, CA 90071-2407 |
|   | Tel: (213) 330-8740   Fax: (213) 443-5101 |
| 13 | |
| 14 | *Attorneys for Defendant Prometric Inc.* |
| 15 | |
|   | ***Additional Counsel Listed on Next Page*** |
| 16 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN PETRIE, an individual, | Case No.: 8:15- cv-00798-DOC-JC |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS** |
| v. | |
| PROMETRIC INC., a Delaware corporation; NATIONAL BOARD OF MEDICAL EXAMINERS, a District of Columbia non-profit corporation; and DOES 1-10, inclusive, | [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |
| Defendants. | |

-1-
JOINT STIPULATION OF DISMISSAL

1  Eric A. Herzog (Bar No. 229066)
2  eric.herzog@nortonrosefulbright.com
   **NORTON ROSE FULBRIGHT US LLP**
3  555 South Flower Street
4  Forty-First Floor
   Los Angeles, California 90071
5  Tel:  (213) 892-9200  Fax:  (213) 892-9494
6
7  Robert A. Burgoyne (Admitted *Pro Hac Vice*)
   robert.burgoyne@nortonrosefulbright.com
8  **NORTON ROSE FULBRIGHT US LLP**
9  799 9th Street, N.W.
   Washington, D.C.  20001
10 Tel: (202) 662-0200  Fax: (202) 662-4643
11 *Attorneys for Defendant National Board of Medical Examiners*
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all parties to this action hereby stipulate to the dismissal **with prejudice** of all claims that have been or could have been asserted in this lawsuit by Brian Petrie ("Dr. Petrie") against Prometric Inc., National Board of Medical Examiners, any unnamed Doe defendant, or any other individual or entity. The parties shall bear their own costs and attorneys' fees.

The filer of this document, Christopher Knauf, attests that all signatories listed below, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Respectfully submitted,

Dated: June 29, 2016
/s/ Christopher H. Knauf
KNAUF ASSOCIATES

Attorneys for Plaintiff Brian Petrie

Dated: June 29, 2016
/s/ David S. Eisen
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

Attorneys for Defendant Prometric Inc.

Dated: June 29, 2016
/s/ Eric A. Herzog
NORTON ROSE FULBRIGHT US LLP

Attorneys for Defendant National Board of Medical Examiners